HOCHHEISER v. N.C. DEPT. OF TRANSPORTATION·

No. 642PA86.

Case below: 82 N.C. App. 712.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 April 1987 without prejudice to such rights as defendant may have to present such questions for review under Rule of Appellate Procedure 16(a).

IN RE APPEAL OF GENERAL TIRE AND RUBBER CO.

No. 754P86.

Case below: 83 N.C. App. 540.

Petition by Mecklenburg County for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.

IN RE ESTATE OF ENGLISH

No. 745P86.

Case below: 83 N.C. App. 359.

Petition by Argle W. Chapman for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.

IN RE FORECLOSURE OF ROCHESTER

No. 84P87.

Case below: 84 N.C. App. 147.

Petition by respondents for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.

IN RE WILL OF WATT

No. 106P87.

Case below: 84 N.C. App. 457.

Petition by caveators for writ of supersedeas and temporary stay allowed 12 March 1987.